## Anna M. Allen, Appellee, v. Chicago Transit Authority, Appellant.
### Gen. No. 45,976.

Thomas J. Strachan, Jr., James O. Dwight, Michael Gerrard, and Arthur J. Donovan, for appellant; Halbert O. Crews, of counsel; Percival Thompson, and Harry Becker, for appellee. Opinion by JUSTICE ROBSON. **Not to be published in full.** Opinion filed June 23, 1953; released for publication September 22, 1953.